

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| PAUL PEREZ, JR., | § | No. 08-24-00101-CR |
| Appellant, | § | Appeal from the |
| v. | § | 264th District Court |
| THE STATE OF TEXAS, | § | of Bell County, Texas |
| Appellee. | § | (TC# FR81828 ) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED this 21st day of February 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.